UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIANE LAWLESS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:18-cv-11089-IT |
| TOWN OF FREETOWN, | * | |
| Defendant. | * | |

# VERDICT FORM

1. <u>Count One: Breach of Contract</u>

Did Defendant Town of Freetown breach its employment contract with Plaintiff Diane Lawless?

√ YES NO

*If you answer "Yes" to Question 1, please proceed to Question 2. If you answered "No" to the above question, please skip Question 2 and go to Question 3.*

2. Enter the amount of contract damages you award the Plaintiff for the breach of contract.

$ 75,000 (amount in numbers)

Seventy-five thousand dollars (written amount)

3. <u>Count Two: Violation of Constitutional Right to Procedural Due Process</u> (42 U.S.C. § 1983)

Has Plaintiff Diane Lawless proven by a preponderance of the evidence that Defendant Town of Freetown violated her constitutional right to procedural due process?

   ✓ YES          ___ NO

*If you answer "Yes" to Question 3, please proceed to Questions 4 and 5. If you answered "No" to the above question, please skip Questions 4 and 5.*

4. Enter the amount of the **compensatory damages** Ms. Lawless has proven by a preponderance of the evidence was caused by the violation of her constitutional right to procedural due process:

   $ __0__ (amount in numbers)

   __zero__ (written amount)

5. Enter the amount of nominal damages you award Ms. Lawless for the violation of her constitutional right to procedural due process.

   $ __150,000__ (amount in numbers)

   __One hundred fifty thousand dollars__ (written amount)

Your deliberations are done. Kindly sign the Verdict Form and notify the court officer.

I certify that the verdict is unanimous.

Date: 6/21/24

_____
Foreperson's signature

2